**IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION**

**MELVIN JAVIER GARCIA LOPEZ,**

      **Petitioner,**

**v.**                                   **Case No. 4:26-cv-185-AW-MAF**

**WARDEN, LIBERTY COUNTY
SHERIFF, et al.,**

      **Respondents.**

_____/

## <u>ORDER OF DISMISSAL</u>

Petitioner, an immigration detainee, filed this § 2241 action seeking an order directing his release on bond or otherwise. ECF No. 1. The government moved to dismiss as moot, explaining that Petitioner had a bond hearing and was released. ECF No. 12.

The court provided Petitioner an opportunity to object to dismissal based on mootness. ECF No. 13. Petitioner has not filed any objection. The court now concludes dismissal is appropriate. There is no longer any live dispute.

The motion to dismiss (ECF No. 12) is GRANTED. The clerk will enter a judgment that says, "This case is dismissed without prejudice based on mootness." The clerk will then close the file.

SO ORDERED on June 25, 2026.

s/ *Allen Winsor*_____
Chief United States District Judge